UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEY KURT HAIRSTON,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondents. | No. 2:14-cv-0552 KJN P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner is presently incarcerated at Wasco State Prison in Kern County. He is serving a sentence for a conviction rendered by the Riverside County Superior Court.[1]

The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973). In the instant case, petitioner's conviction occurred in an area covered by the District Court for the Central District of California.

---

[1] While the petition is difficult to understand, it appears that petitioner is challenging a conviction from Riverside County.

1

1   Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
2 transferred to the United States District Court for the Central District of California.  Id. at 499
3 n.15; 28 U.S.C. § 2241(d).
4 Dated:  March 10, 2014

6 Hair0552.108a

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2